**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

HARRISON LYNN COLWELL,

      Plaintiff,

    v.                                 CASE NO. 4:17-cv-00075-TWP-DML

COMENITY BANK,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Harrison Lynn Colwell, by counsel, and Defendant, Comenity Bank, by counsel, having filed with this Court their Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action be and the same is hereby dismissed, with prejudice.

Dated:_____9/26/2017_____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Geoff B. McCarrell
CONSUMER LAW PARTNERS, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL  60611
Email:  Geoff.m@consumerlawpartners.com

Anna-Katrina S. Christakis
Pilgrim Christakis LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
Email:  kchristakis@pilgrimchristakis.com